UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARMANDO ALFARO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:15-CV-145 |
| | § | |
| ASI LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT ASI LLOYDS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant ASI Lloyds ("ASI") hereby removes the action styled and numbered, *Armando Alfaro v. ASI Lloyds*, 2015CVF002089D1, currently pending in the 49th Judicial District Court of Webb County, Texas to the United States District Court for the Southern District of Texas, Laredo Division. For the reasons set forth below, removal of the state court action is proper under 28 U.S.C. §§ 1332, 1441, and 1446.

### I. THE STATE COURT ACTION

1. On June 16, 2015, Armando Alfaro ("Alfaro") filed his Original Petition in Cause No. 2015CVF002089D1 against ASI.

### II. ASI'S NOTICE OF REMOVAL IS TIMELY

2. ASI was served with the Original Petition and citation on July 8, 2015. Accordingly, ASI files this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

### III. VENUE IS PROPER

3. Venue is proper in the United States District Court for the Southern District of Texas, Laredo Division, under 28 U.S.C. §§ 124(a)(5) and 1441(a) because this district and division embrace the place in which the removed action has been pending.

## PARTIES

## IV.  BASIS FOR REMOVAL JURISDICTION

4. Removal of this action is proper under 28 U.S.C. § 1441 because it is a civil action brought in a state court and the federal courts have original jurisdiction over the subject matter pursuant to 28 U.S.C. § 1332. Specifically, removal is proper because there is now, and was at the time this action was filed, complete diversity of citizenship between all Plaintiffs and all Defendants.

5. Alfaro is a Texas resident who resides in Webb County, Texas.

6. ASI was at the time this lawsuit was filed, and at the date of this Notice remains, an association of underwriters. The individual underwriters are as follows: Tanya J. Fjare, Trevor C. Hillier, Kevin R. Milkey, Gregory E. Stewart, John F. Auer, Jr., Robert K. Munns, Jr., Edwin L. Cortez, Mary F. Bacon, Antonio Scognamiglio, and Philip L. Brubaker. Each of these underwriters is a citizen of the State of Florida. The United States Supreme Court has held that an unincorporated association's citizenship is determined by the citizenship of each of its partners.[1] Therefore, ASI is not a citizen of the State of Texas.

7. Accordingly, there is now, and was at the time this action was filed, complete diversity between all plaintiffs, Alfaro, and all defendants, ASI.

---

[1] *Deep Marine Technology, Inc. v. Conmaco/Rector, L.P.,* 515 F.Supp.2d 760, 766 (S.D. Tex. June 26, 2007); *Smith v. Allstate Texas Lloyds,* No. 4:12cv486, 2012 WL 7827609, at *2 (E.D. Tex. Dec. 21, 2012) (recognizing that this has been a consistent view of the United States Supreme Court for over 100 years); *Carden v. Arkoma Assocs.,* 494 U.S. 185, 195-96 (1990).

## V.  AMOUNT IN CONTROVERSY

8. If it is facially apparent that Alfaro's claims exceed the jurisdictional amount, ASI's burden is satisfied.[2]

9. In his Original Petition, Alfaro seeks "monetary relief of over $100,000 but not more than $200,000."[3]

10. Therefore, it is apparent that Alfaro's claims exceed the amount required to support federal jurisdiction.

## VI.  COMPLIANCE WITH LOCAL RULE 81

11. In accordance with 28 U.S.C. § 1446(a) and Rule 81 of the Local Rules of the Southern District of Texas, ASI files this Notice of Removal, accompanied by the following exhibits:

   a. All executed process in the case, attached hereto as ***Exhibit A***.

   b. Plaintiffs' Original Petition, attached hereto as ***Exhibit B***.

   c. Defendant ASI's Original Answer and Affirmative Defenses, attached hereto as ***Exhibit C***.

   d. The state court docket sheet, attached hereto as ***Exhibit D***.

   e. An index of matters being filed, attached hereto as ***Exhibit E***.

   f. A list of all counsel of record, including addresses, telephone numbers, and parties represented, attached hereto as ***Exhibit F***.

## VII.  JURY DEMAND

12. Alfaro demanded a jury in the state court action.

## VIII.  CONCLUSION

13. ASI will promptly file a copy of this Notice of Removal with the clerk of the state court where the action is pending.

---

[2] *Allen v. R & H Oil & Gas Co.,* 63 F.3d 1326, 1335 (5th Cir. 1999).

[3] *See* Plaintiff's Original Petition, attached as Exhibit B, page 15, paragraph 70.

14. Therefore, ASI hereby provides notice that this action is duly removed.

Respectfully submitted,

**ZELLE HOFMANN VOELBEL & MASON LLP**

By: _/s/ Todd M. Tippett_
    Todd M. Tippett
    Attorney-In-Charge
    Texas Bar No. 24046977
    Southern District Bar No. 573544
    TTippett@zelle.com

    Andrew A. Howell
    Texas Bar No. 24072818
    Southern District Bar No. 1751294
    AHowell@zelle.com
    John W. Maniscalco
    Texas Bar No. 24078913
    Southern District Bar No.  1356284
    JManiscalco@zelle.com

901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:     214-742-3000
Facsimile:     214-760-8994

**ATTORNEYS FOR DEFENDANT ASI LLOYDS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Notice of Removal has been served this 28th day of July, 2015, by electronic filing as follows:

Bill L. Voss
Texas Bar No. 24047043
bill.voss@vosslawfirm.com
Scott G. Hunziker
Texas Bar No. 24032446
scott@vosslawfirm.com
Bryan Beverly
Texas Bar No. 24082688
bryan@vosslawfirm.com
**THE VOSS LAW FIRM, P.C.**
26619 Interstate 45 South
The Woodlands, Texas 77380
(713) 861-0015 – phone
(713) 861-0021 – fax

**ATTORNEYS FOR PLAINTIFF
ARMANDO ALFARO**

   */s/ Todd M. Tippett*
    Todd M. Tippett