UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARMANDO ALFARO, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:15-CV-145 |
| | § | |
| ASI LLOYDS, | § | |
| | § | |
| *Defendant*. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Armando Alfaro and Defendant ASI Lloyds have reached a settlement in this matter. Plaintiff and Defendant will submit an agreed motion of dismissal with prejudice within 30 days.

Respectfully submitted,

By: _____*/s/ Todd M. Tippett*_____
    Todd M. Tippett
    Attorney-In-Charge
    Texas Bar No. 24046977
    Southern District Bar No. 573544
    TTippett@zelle.com
    Andrew A. Howell
    Texas Bar No. 24072818
    Southern District Bar No. 1751294
    AHowell@zelle.com
    John W. Maniscalco
    Texas Bar No. 24078913
    Southern District Bar No. 1356284
    JManiscalco@zelle.com

**ZELLE HOFMANN VOELBEL & MASON LLP**
901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:	(214) 742-3000
Facsimile:	(214) 760-8994

**ATTORNEYS FOR DEFENDANT
ASI LLOYDS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Joint Notice of Settlement has been served this 15th day of October 2015 by electronic filing as follows:

Bill L. Voss
Texas Bar No. 24047043
Southern District No. 602663
bill.voss@vosslawfirm.com
Scott G. Hunziker
Texas Bar No. 24032446
Southern District No. 38752
scott@vosslawfirm.com
Bryan Beverly
Texas Bar No. 24082688
Southern District No. 2051593
bryan@vosslawfirm.com

**THE VOSS LAW FIRM, P.C.**
26619 Interstate 45 South
The Woodlands, TX  77380
Telephone:	713-861-0015
Facsimile:	713-861-0021

**ATTORNEYS FOR PLAINTIFF
FREDRIC DICKEY**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Todd M. Tippett*
　　　　　　　　　　　　　　　　　　　　　　　Todd M. Tippett

2173475v1