UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARMANDO ALFARO, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. 5:15-CV-145 |
| ASI LLOYDS, | § § § | |
| *Defendant*. | § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Armando Alfaro and Defendant ASI Lloyds file this Joint Motion to Dismiss with Prejudice asking this Court to dismiss all claims each has against the other with prejudice to the refiling of same.

1. Plaintiff filed his Original Petition against ASI Lloyds on June 16, 2015.

2. ASI Lloyds filed its Original Answer and Affirmative Defenses to Plaintiffs' Original Petition on July 22, 2015.

3. ASI subsequently removed this case to the United States District Court for The Southern District of Texas, Laredo Division on July 28, 2015.

4. Plaintiff and ASI Lloyds have since come to an agreement with regard to all claims made or that could have been made in this lawsuit. Therefore, Plaintiff and ASI Lloyds do not wish to pursue this matter any further and the Court's assistance is no longer necessary.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and ASI Lloyds jointly request that this matter be dismissed with prejudice, removed from the docket of this Court, and that costs be taxed against the party incurring same.

Respectfully submitted,


By: */s/ Todd M. Tippett*
    Todd M. Tippett
    Attorney-In-Charge
    Texas Bar No. 24046977
    Southern District Bar No. 573544
    TTippett@zelle.com

    Andrew A. Howell
    Texas Bar No. 24072818
    Southern District Bar No. 1751294
    AHowell@zelle.com
    John W. Maniscalco
    Texas Bar No. 24078913
    Southern District Bar No. 1356284
    JManiscalco@zelle.com

**ZELLE HOFMANN VOELBEL & MASON LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEYS FOR DEFENDANT ASI LLOYDS**

    - and -

By: */s/ Bryan Beverly*
    Bill L. Voss
    Texas Bar No. 24047043
    Southern District No. 602663
    bill.voss@vosslawfirm.com
    Scott G. Hunziker
    Texas Bar No. 24032446
    Southern District No. 38752
    scott@vosslawfirm.com
    Bryan Beverley
    Texas Bar No. 24082688
    Southern District No. 2051593
    bryan@vosslawfirm.com

THE VOSS LAW FIRM, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021

**ATTORNEYS FOR PLAINTIFF
ARMANDO ALFARO**

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served this 12th day of November, 2015, by electronic filing as follows:

Bill L. Voss
Texas Bar No. 24047043
Southern District No. 602663
bill.voss@vosslawfirm.com
Scott G. Hunziker
Texas Bar No. 24032446
Southern District No. 38752
scott@vosslawfirm.com
Bryan Beverley
Texas Bar No. 24082688
Southern District No. 2051593
bryan@vosslawfirm.com
THE VOSS LAW FIRM, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
**ATTORNEYS FOR PLAINTIFF
ARMANDO ALFARO**

  /s/ Todd M. Tippett
  Todd M. Tippett