Case 5:15-cv-00145 Document 7 Filed in TXSD on 11/17/15 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 17, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ARMANDO ALFARO, § | |
|     Plaintiff § | |
| § | |
| vs. § | Civ. No. 5:15-CV-145 |
| § | |
| ASI LLOYDS, § | |
|     Defendant § | |
| § | |

MEMORANDUM OF DISMISSAL

The parties have filed a Rule 41(a) Joint Motion to Dismiss With Prejudice. (Dkt. 6). In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties have signed the Stipulation. Pursuant to the Rule, no court order is required to effectuate the dismissal. The Clerk is therefore DIRECTED to enter on the docket sheet that this case is dismissed.

DONE at Laredo, Texas, this 16th day of November, 2015.

George P. Kazen
Senior United States District Judge